# U.S. v. Schultz

## CR14-232JLR
## Govt. Sentencing Exhibit 1

# November 5, 2013 Explosion and Fire







Exploded Butane Cans









# Remnants of Glass Extraction Vessel





# More Butane Evidence



# Building "KK" Today

