To: Everyone affected by the events of Nov. 5 2013

I truly haven't the slightest idea where to begin, and know that there is nothing I can say or do that will ever fix things or make them right. I never meant for any of this to happen, and I apologize with every ounce of myself. I can't blame anyone who does not accept my apology. It most definitely was an accident I will live with for the rest of my life. To every victim, or person affected I am sorry that I was ever involved in something that caused others any suffering. If it is any relief to all of you I live with handicapped hands, and feet that will never heal completely, and every waking moment they remind me. All of these things still don't rectify anything. I was never out with the intention to harm anyone, I love life, and every person, or thing in it. The last thing I would ever do is bring harm, or risk of life to any person or thing. I still don't even know how this happened, when I woke up from the sound I was engulfed in flames, had I known I would've done anything within my being to

to prevent it even it cost me my own life. If there is I can promise, it is that I will spend the rest of my life trying to become a normal functioning part of society, who contributes, someone my children can look up to, because as of now I don't deserve them. Hopefully I will accomplish this so I can be with them, and repay all the damages I caused all of the victims in this horrible accident. I've used, and will continue using this time incarcerated, to reflect upon what has happened, and use that to plan a better future. I know it's gonna be hard, but I have to because of the debt I owe you all. As soon as I can I will pay you monetarily, but I know money can't fix everything, but I will work hard at changing, I have to, and again I'm sorry so, so sorry. I only got involved in this because I thought that the legalization movement of marijuana in Washington, would provide me with funds to be a part of my boys lives, and it went so far in the opposite direction I can't think of it without crying, or having a panic attack. Please all of you know it will be nothing, but hard

work, and determination, toward the goal of becoming a functional part of society. This path may be longer, but at least it is a good path with sure rewards (my boys), had I loved them as much as I thought I did I would have thought more of this before hand, but because I didn't they will suffer at my hand as well. I've already started down the right path since I've been locked away, I have taken part, and passed 2 classes while here. One of the classes I'm still partaking in. I've also been looking into the UNICOR to become a machinest, and have a normal job, with a productive way to make a living, and keep me away from the negative things in life. Stay on the good path, and know I can change, if my dad and I could mend our relationship to the point where he is my best friend, anything is possible. Looking back and seeing the percentage that marijuana took up of my life makes me sick, I have good psychiatric care now and don't need to self medicate. Now that I'm clean I don't have the urge, or want to go back.

Last but most definatly not least, I have to apologize to the court, this shouldn't have ever happened and as a result taken your time, but it has happened and there is nothing I can do to change it, but work forward, and use everything available to me to be a better man.

Sincerly,
David R. Schultz II